GRACE G. HESS, as Executrix, etc., of CHRISTINA STOWELL, Deceased, Appellant, v. CLARENCE D. STOWELL, Defendant, and GRACE G. HESS, Respondent.— Judgment and two orders affirmed, with costs, on the ground that the action was not commenced within the time limited by statute of the State of Connecticut. All concur, except Dowling and Harris, JJ., who dissent and vote for reversal and reinstatement of the verdict on the ground that the defendant is estopped from pleading the Connecticut statute as a defense and on the ground that she had one year from her appointment as executrix in which to bring the action. (See *Stearns Co.* v. *United States*, 291 U. S. 54, and cases cited; *Leahy* v. *Cheney*, 90 Conn. 611; 98 A. 132.)   (The judgment dismisses plaintiff's complaint on a reserved decision of defendant's motion after the court set aside the verdict of the jury in favor of the plaintiff in an action for damages arising out of the negligent operation of an automobile.   One order dismisses the complaint.   The second order sets aside the jury's verdict and grants defendant's motion to dismiss.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

WILLIAM GRAF, Respondent, v. THE STATE OF NEW YORK, Appellant.   (Claim No. 25602.) — Judgment affirmed, with costs.   All concur, except Crosby, P. J., and Dowling, J., who dissent and vote for reversal on the law and facts on the ground that no negligence on the part of the State is shown and that the hole in the shoulder was not the proximate cause of the accident.   (Judgment for claimant for property damage to automobile arising out of the negligent maintenance of the highway.)   Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ESTELLE KELLEY, Respondent, v. ROLAND LORD O'BRIAN and Others, Individually and Doing Business under the Assumed Name and Style of O'BRIAN, POTTER & Co., and JOHN T. NOYE, Appellants.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements.   All concur.   (The portion of the order appealed from grants an examination of defendants before trial in an action to recover damages for the alleged breach of duty by defendants in the purchase and sale of stock on plaintiff's account.)   Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

LAURA McCARTHY and BERKSHIRE LIFE INSURANCE COMPANY, Respondents, v. CITY OF SYRACUSE, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, without costs.   All concur, except Crosby, P. J., and McCurn, J., who dissent and vote for affirmance.   (The order denies defendant's motion for judgment on the pleadings in an action for a declaratory judgment determining the legality of an assessment against plaintiffs' property for street widening purposes.)   Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.